# F. M. ATKINSON
## v.
## THE LINDEN STEEL COMPANY ET AL.

*Practice—Insufficient Transcript.*

This court declines to consider the case presented, for the reason that the record filed is not certified to as being a full copy or transcript of the record in the case.

[Opinion filed March 10, 1890.]

APPEAL from the Superior Court of Cook County; the Hon. S. P. McCONNELL, Judge, presiding.

Messrs. G. W. & J. T. KRETZINGER, for appellant.

Messrs. TRUMBULL, WILLITS, ROBBINS & TRUMBULL and COOK & UPTON, for appellees C. H. Ferry and Union National Bank.

GARNETT, J. The record filed by appellant in this case is not certified to be a full copy or transcript of the record, but a "complete transcript of the record as per præcipe for record

filed." Appellees subsequently filed an additional record, but that is only certified to be a copy of a certain cross-bill, answer, amended and supplemental cross-bill, and of certain orders in the cause. No case is presented, therefore, upon which we can find that any error was committed, as it is impossible to say that we have a complete record before us. Frink v. Phelps, 4 Scam. 558; Bertrand v. Taylor, 87 Ill. 235; Blake v. Miller, 18 Ill. App. 645.

The decree is affirmed.

*Decree affirmed.*